James T. Towe
Towe & Fitzpatrick, PLLC
619 Southwest Higgins, Suite O
P.O. Box 1745
Missoula, MT 598006
Telephone: (406) 829-1669
Facsimile: (406) 493-0538
jamie@towefizlaw.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| HEATHER ROEHL,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION A/K/A AMTRAK, a Federally chartered corporation,<br><br>and<br><br>BURLINGTON NORTHERN SANTA FE, LLC ("BNSF"), a Delaware Corporation,<br><br>Defendants. | Case No.: CV-24-68-GF-JTJ<br><br>**COMPLAINT – FEDERAL EMPLOYERS' LIAIBLITY ACT (45 U.S.C. § 51); NEGLIGENCE**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff, Heather Roehl, by and through her attorneys, James T. Towe and D. Matthew Dreesen, and for her Complaint against Defendants Amtrak and BNSF hereby alleges:

1.      At all relevant times, Defendants were licensed to do business in Montana as common carriers by railroad in interstate commerce.  Defendant BNSF is incorporated in Delaware, with its headquarters in Texas.  Defendant Amtrak is incorporated in the District of Columbia.  Plaintiff Heather Roehl ("Plaintiff" or "Heather") is a resident of the State of Washington.

**COMPLAINT - 1**

2.      Jurisdiction is conferred on this Court with respect to Amtrak by 45 U.S.C. §

56.  Jurisdiction is conferred on this Court with respect to BNSF by 29 U.S.C. § 1331, and 28

U.S.C. § 1332. The amount in controversy exceeds $75,000.

3.      Venue is proper within the District of Montana pursuant to 28 U.S.C. §

1391(b) as this claim arose in this judicial District, and within the Great Falls Division.

4.      At all material times to the claims herein, Defendant BNSF owned,

maintained, and controlled the track on which Plaintiff's train, Amtrak train 7, known as the

Empire Builder, was traveling when it derailed near Joplin, Montana on September 25, 2021.

5.      Plaintiff at all relevant times was an employee of Amtrak and is one of the

victims who was injured in the derailment and survived the crash.

6.      Plaintiff was hired by Amtrak as a Lead Service Attendant in April of 2018.

Before her first trip with Amtrak, Plaintiff received three weeks of instruction and training on

how to respond to a derailment or to protect herself from serious injury or death.  She was

employed by Amtrak on the date of the derailment.

7.      Although Amtrak trains have derailed in the past, often with loss of life among

its passengers, Amtrak never provided Plaintiff with any training about how to respond to a

derailment, how to evacuate passengers in the event of a derailment, or how to protect herself

and rescue passengers in a derailment.

8.      On September 25, 2021, Plaintiff was working as a Lead Service Attendant in

On Board Services on Amtrak's Empire Builder.  That day the Empire Builder was a two

locomotive ten passenger car train which departed from Chicago, Illinois on September 24,

2021, heading toward Seattle/Portland with approximately 146 passengers and sixteen crew.

COMPLAINT – 2

9.      At all times pertinent to this Complaint and throughout the entire journey, the Empire Builder was traveling on tracks owned, operated, maintained, and controlled by Defendant BNSF Railway Company.  On September 25, 2021, the Empire Builder was traveling across BNSF's tracks when it derailed near the East Buelow switch and the town of Joplin, Montana.  Three people were killed.  Dozens of people were injured, including Plaintiff.

10.     When the train derailed, the last four cars were violently thrown from the tracks and landed on their sides, with the last three becoming completely detached.

11.     At the time of the derailment, Heather Roehl was in her dorm car #732.  She had just laid down when the train derailed.  Her body was tossed around the room.

12.     Heather sustained physical injuries from the derailment.

13.     Upon returning home, Plaintiff saw several medical providers for the physical injuries to her spine and shoulder.  She also suffered emotional and mental injuries.  She has been diagnosed with post-traumatic stress disorder, depression, and anxiety due to being violently tossed around in the car in which she was staying due to the defective passenger cars and/or defective tracks.  Heather has continued to endure emotional and psychological injuries resulting from this traumatic event.  She continues to seek treatment and tries to manage her work and work schedules because of her injuries.  Her PTSD is exacerbated by rough riding tracks, trains, near misses and knowledge about the other derailments.

14.     The derailment and the death and destruction it caused was entirely preventable.  The September 25, 2021 derailment of the Empire Builder Train is another in a long list of devastating and fatal train derailments caused by the negligence and carelessness

COMPLAINT – 3

of Defendants Amtrak and BNSF.  Each have demonstrated a continuing disregard for the safety of their employees and passengers.

15.    The investigation led by the National Transportation Safety Board ("NTSB") has confirmed that a BNSF freight train traveled through this section of the railway tracks shortly before the derailment, and that BNSF personnel had last inspected the tracks in the area before the derailment but failed to adequately address known track hazards or comply with safe inspection procedures.

17.    Defendant BNSF's ownership and operation of the railroad lines originating in Chicago's Union Station included the tracks on which the Empire Builder operated and began its journey to where the derailment occurred directly gave rise to the injuries and damages suffered by Plaintiff, as alleged herein.

18.    Defendants Amtrak and BNSF derived a financial benefit through their ownership and operation of the railroad tracks and railroad cars which carried Empire Builder Train 7 and Plaintiff.

19.    Amtrak and BNSF formed and entered into a joint venture whereby Amtrak's Empire Builder train was permitted to operate and run along BNSF's rail lines.

20.    Amtrak and BNSF formed this joint venture with the common purpose of profiting from cross-country rail traffic.

21.    Amtrak and BNSF shared in the profits and losses of this joint venture.

22.    Amtrak and BNSF jointly manage and control this joint venture, namely the travel of the Empire Builder train along BNSF's transnational rail line.

**FIRST CLAIM FOR RELIEF**

Federal Employers Liability Act - 49 U.S.C. § 51, et seq.

COMPLAINT – 4

23.     Plaintiff incorporates by reference all that is alleged above.  She further alleges as follows.

24.     Under the FELA, Amtrak owed Plaintiff non-delegable duties, including to provide her and other employees with a safe place to work.  Plaintiff's injuries were caused, in whole or in part, from the acts, omissions, and negligence of Amtrak in failing to provide Plaintiff with safe tools and equipment and a safe place to work, in one or more of the following particulars:

    a.     Amtrak operated Train 7, the Empire Builder, at a dangerous speed for the conditions at the location at which Train 7 derailed;

    b.     Amtrak failed to discover that the track on which Train 7 derailed was unsafe prior to the derailment;

    c.     Amtrak failed to make the engines and cars on Train 7 safe for passengers and crew members in a derailment;

    d.     Amtrak failed to train its crew to safely respond in a derailment; and,

    e.     Amtrak failed to act reasonably under the circumstances and in violation of non-delegable duties imposed by the FELA, and warn the passengers and crew of Train 7 of the risk of derailment that existed at the location at which the derailment occurred.

### SECOND CLAIM FOR RELIEF NEGLIGENCE - BNSF

25.     Plaintiff incorporates by reference all that is alleged above.  She further alleges as follows.

26.     Plaintiff's injuries were due in whole or in part to the acts and omissions of BNSF, which were negligent in one or more of the following particulars:

COMPLAINT – 5

a.     BNSF failed to properly inspect and discover a defect in its tracks which

caused or contributed to the derailment of Amtrak's Train 7 on September 25,

2021;

b.     BNSF failed to warn Amtrak of the defects in its tracks which caused or

contributed to the derailment of Amtrak's Train 7 on September 25, 2021;

c.     BNSF failed to repair the defects in the track and/or track bed which caused or

contributed to the derailment of Amtrak's Train 7 on September 25, 2021;

d.     Prior to the derailment of Amtrak's Train 7, BNSF failed to institute a slow

order for the track on which Amtrak train 7 derailed; and,

e.     BNSF generally failed to act reasonably under the circumstances after

knowing that this area of its railroad tracks were hazardous due to its negligent

track maintenance and after train traffic showed the tracks moving and

buckling or bending.

27.     As a result of the negligence of the Defendants, Plaintiff suffered injuries to

her body, including her neck and lower back.  The derailment also caused Plaintiff to suffer

physical and emotional harm, including anxiety, depression, and Post-Traumatic Stress

Disorder.  Both of the Defendants negligence caused or contributed to Plaintiff's injuries

and, therefore, they should be held jointly and severally liable.  As a result of her injuries,

Plaintiff has incurred economic losses, among them lost income, lost fringe benefits and

medical bills and will continue to suffer economic losses in the future.  Plaintiff has suffered

from pain, mental anguish, and distress caused by her injuries and will continue to suffer

from pain, mental anguish, and distress in the future.

COMPLAINT – 6

WHEREFORE, Plaintiff prays the Court for Judgment against the Defendants, each of them, and for an award of damages and for her costs and disbursements incurred herein, including but not limited to interest as allowed by law.

JURY DEMAND:  Plaintiff demands a jury trial in this action.

TOWE & FITZPATRICK, PLLC

DATED: August 8th, 2024.

/s/ *James T. Towe*
James T. Towe
jamie@towefizlaw.com

***ATTORNEYS FOR PLAINTIFF***

COMPLAINT – 7