IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| HEATHER ROEHL,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL RAILROAD<br>PASSENGER CORPORATION, et al.,<br><br>Defendants | CV-24-68-BU-JTJ<br><br>**ORDER** |

Plaintiff has moved for an order allowing D. Matthew Dreesen, Esq., to appear pro hac vice in this case with James T. Towe, Esq., designated as local counsel. (Doc. 3.) The application of Mr. Dreesen appears to be in compliance with L.R. 83.1(d).

IT IS ORDERED:

Plaintiff's motion to allow Mr. Dreesen to appear in this Court (Doc. 3) is GRANTED, subject to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2. Mr. Dreesen must do his own work. He must do his own writing, sign his own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

3. The Applicant Attorney shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov.

4. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

5. Admission is personal to Mr. Dreesen, not the law firm he works for.

6. Local counsel will provide a copy of this order to pro hac counsel.

IT IS FURTHER ORDERED:

Mr. Dreesen must file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of his admission under the terms set forth above.

DATED this 26th day of August, 2024.

John Johnston
United States Magistrate Judge