IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| HEATHER ROEHL, | CV 24–68–GF–DLC |
| Plaintiff, | |
| vs. | ORDER |
| NATIONAL PASSENGER RAILROAD CORPORATION A/K/A AMTRACK, a Federally chartered corporation, and BURLINGTON NORTHERN SANTA FE, LLC ("BNSF"), | |
| Defendants. | |

Before the Court is a Joint Motion for Out of State Counsel to Attend Preliminary Pretrial Conference Remotely. (Doc. 28.) Through the Motion, the parties seek an order allowing D. Matthew Dreeson, counsel for Plaintiff located in Missouri, and Andrew B. Charkow, counsel for Defendants located in New Jersey, to appear remotely at the Preliminary Pretrial Conference.

Accordingly, IT IS ORDERED that the Motion (Doc. 28) is GRANTED. Matthew Dreeson and Andrew B. Charkow may attend the preliminary pretrial conference scheduled for February 10, 2025, at 3:00 p.m. remotely. The parties can join the conference by dialing 1-833-990-9400 and entering meeting ID: 224538195.

James T. Towe and Michelle T. Friend shall appear in person on behalf of Plaintiff and Defendants, respectively.

DATED this 3rd day of February, 2025.

_____
Dana L. Christensen, District Judge
United States District Court