IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| HEATHER ROEHL,<br><br>    Plaintiff,<br><br>vs.<br><br>NATIONAL PASSENGER RAILROAD CORPORATION A/K/A AMTRACK, a Federally chartered corporation, and BURLINGTON NORTHERN SANTA FE, LLC ("BNSF"),<br><br>    Defendants. | CV 24–68–GF–DLC<br><br><br>ORDER |

    The parties have filed a Stipulation for Dismissal with Prejudice. (Doc. 34.)

    Accordingly, IT IS ORDERED that this matter is DISMISSED with prejudice and without costs or attorney fees to any party.

    The Clerk of Court is directed to close this case file.

    DATED this 19th day of December, 2025.

Dana L. Christensen, District Judge
United States District Court